UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Teresa Morton</u>

         v.                       Civil No. 06-cv-216-JD

<u>US Social Security Administration, Commissioner</u>

<u>O R D E R</u>

This case was filed on June 9, 2006. On June 15, an Order Regarding Visiting Attorney was issued for Attorney Wright to obtain local counsel. On July 13, the Court received a check in the amount of $50 for admission, however, the Motion was not filed until July 20. On July 20, Attorney Kelly's credit card account was charged $50 for the pro hac admission.

As there has been a double payment as to Attorney Wright's pro hac admission, it is herewith ordered that Attorney Raymond Kelly be reimbursed $50.

SO ORDERED.

July 27, 2006                               <u>/s/ Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

cc:    G. Robert Wright, Esq.
        Raymond Kelly, Esq.